**David A. HINES, Plaintiff–Appellant,**

v.

**Anthony J. MARCHETTI, West Georgia Emergency Medicine, LLC, Defendants–Appellees.**

No. 10–14546.

United States Court of Appeals, Eleventh Circuit.

March 23, 2011

Non–Argument Calendar.

Collier H. Espy, Jr., Collier H. Espy, Jr., PC, Dothan, AL, for Plaintiff–Appellant.

Andrew Lynn Brasher, Christopher Lee Hawkins, Bradley Arant Rose & White LLP, Birmingham, AL, for Defendant–Appellee.

Before TJOFLAT, EDMONDSON and PRYOR, Circuit Judges.

PER CURIAM:

Appellant appeals the district court's order of August 30, 2010 affirming the partial summary judgment the bankruptcy court granted appellees denying appellant a discharge because he violated 11 U.S.C. § 727(a)(2)(A) by transferring property with the intent to hinder, delay, or defraud a creditor within one year before he filed for bankruptcy. Appellant contends that the existence of material issues of fact foreclosed summary judgment; hence, we should reverse the district court's judgment and instruct the district court to vacate the summary judgment and remand the case to the bankruptcy court for further proceedings.

After examining the relevant portions of the record, we are convinced that, for the reasons stated by the district court in its August 30 order, the bankruptcy court did not err in granting the summary judgment complained of.

AFFIRMED.